AO91 (Rev. 12/03)   Criminal Complaint                                              AUSA

# UNITED STATES DISTRICT COURT

Southern District Of Texas Brownsville Division

| **UNITED STATES OF AMERICA** | **CRIMINAL COMPLAINT** |
|---|---|
| vs. | |
| Juan Gabriel RODRIGUEZ-Rodriguez | Case Number: 1:18-po-6212 |
| A215 761 746  Mexico | |

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about  December 24, 2018  in  Hidalgo  County, in the  Southern District Of Texas  defendant(s) being then and there an alien, did, willfully, knowingly and unlawfully enter the United States at a time or place other than designated by an Immigration Officer,

in violation of Title  8  United States Code, Section(s)  1325(a)(1)

I further state that I am a(n)  Border Patrol Agent  and that this complaint is based on the following facts:

The defendant was apprehended in Progreso, Texas on December 24, 2018. The defendant is a citizen of Mexico who entered the United States illegally by swimming across the Rio Grande River near Progreso, Texas on December 24, 2018 thus avoiding immigration inspection.

The defendant had $139 United States dollars and $1,070 Mexican pesos in his possession at the time of his arrest.

I DECLARE UNDER PENALTY OF PERJURY THAT THE STATEMENTS IN THIS COMPLAINT ARE TRUE AND CORRECT.

Continued on the attached sheet and made a part of this complaint:   ☐ Yes   ☒ No

/S/ Peterson, Clayton E.  Border Patrol Agent
Signature of Complainant

Peterson, Clayton E.   Border Patrol Agent
Printed Name of Complainant

Sworn to before me and signed in my presence,

December 25, 2018                                           at        Brownsville, Texas
Date                                                                                City/State

Ignacio Torteya III              U.S. Magistrate Judge
Name of Judge                  Title of Judge                          Signature of Judge